IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12CR77-3-HEH |
| ) | |
| JOE OVALLES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**
(Granting Defendant's Motion to Appoint Counsel)

THIS MATTER is before the Court on Defendant's Motion to Appoint Counsel filed on May 8, 2013. The Defendant pled guilty to conspiracy to ship, transport, receive, possess, sell, distribute and purchase contraband cigarettes, in violation of 18 U.S.C. § 2341(2); and conspiracy to launder monetary instruments, in violation of 18 U.S.C. § 1956(a)(1)(A)(i). At the Defendant's sentencing hearing on October 17, 2012, this Court agreed to withhold entering restitution until a later date. On February 25, 2013, the government filed its Motion for Restitution and the Defendant filed a response in opposition. The matter is currently set for a hearing on May 29, 2013 at 11:00 a.m.

The Defendant is currently incarcerated and without the financial means to retain counsel. It appearing appropriate to do so, the Motion to Appoint Counsel (ECF No. 133) is GRANTED. It is HEREBY ORDERED that Charles D. Lewis, Esquire be APPOINTED to represent the Defendant for all post-sentencing matters.

The Clerk is directed to send a copy of this Order to all counsel of record and to the Defendant.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: May 8, 2013
Richmond, VA